IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM FERGUSON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 20-2858 |
| | : | |
| MICHAEL R. CLARK, et al., | : | |
| Respondents. | : | |

ORDER

AND NOW, this 2nd day of October, 2023, upon careful and independent consideration of the *pro se* petition for writ of habeas corpus, the counseled supplemental habeas corpus petition, the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid and the counseled objections and supplemental authority in support of Petitioner's objections, it is ORDERED that:

1. The Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED;

2. Petitioner's objections (ECF No. 21) are OVERRULED;

3. The petition for a writ of habeas corpus is DENIED IN PART and DISMISSED IN PART;

4. There is no basis for a certificate of appealability; and

5. This case may be marked closed for statistical purposes.

BY THE COURT:


  s/ANITA B. BRODY, J.
ANITA B. BRODY,   J.